UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
JUN 15 2006
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00059-001 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| KAREN CHAE | ) | APPLICATION AND ORDER FOR |
| Defendant. | ) | RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Rossanna Villagomez-Aguon, in the above-captioned case and requests for the release of the passport held by the Court as a condition of the defendant's release on bond.

Dated this _13th_ day of June 2006.

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

## ORDER

On the application of U.S. Probation Officer Rossanna Villagomez-Aguon, the Clerk of Court is hereby ordered to release the passport belonging to the defendant, Karen Chae.

Dated this _14th_ day of June 2006.

Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge

RECEIVED
JUN 14 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM