**FILED**

DISTRICT COURT OF GUAM

JUN 20 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KAREN CHAE,

Defendant.

CRIMINAL CASE NO. 03-00059-001

**ORDER**

On January 10, 2006, the Court received payment in the amount of $100.00, receipt number 27892, which was inadvertently applied toward Deposit Fund 6855XX. According to the Judgment, filed July 12, 2005, Defendant Karen Chae was ordered to pay a special assessment fee of $100.00 and a fine of $4,000.00. Therefore, it is hereby ordered that the payment of $100.00 shall be transferred from Fund 6855XX to Fund 504100 to be applied toward her fine.

DATED this 19th day of June, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

**ORIGINAL**