## DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>                 Plaintiff,<br><br>    vs.<br><br>Karen Chae,<br><br>                Defendant. | Case No. 1:03-cr-00059-001<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order filed June 20, 2006***, on the dates indicated below:

*U.S. Attorney's Office*
*June 20, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order filed June 20, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 20, 2006                                      /s/ Marilyn B. Alcon
                                                                              Deputy Clerk