| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |

Karen Chae
Cr. No. 03-00059-001
SS# XXX-XX-7826
DOB: XX-XX-1954
HT: 5'2" WT: 130 lbs



DATE   August 11, 2006

YOU ARE AUTHORIZED TO TRAVEL TO          Seoul, Korea

LEAVING    August 12, 2006    AND RETURNING    September 12, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**FILED**
DISTRICT COURT OF GUAM
AUG 11 2006
MARY L.M. MORAN
CLERK OF COURT

PURPOSE OF THIS TRIP:

Escort mother's body to Korea and settle her affairs.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Seoul, Korea;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_____
JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME _____
ADDRESS _____

[X] APPROVED   [ ] DISAPPROVED

_____
HON. JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam

DATE:  8/11/2006

**RECEIVED**
AUG 11 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL