| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Karen Chae
Cr. No. 03-00059-001
SS# XXX-XX-7826
DOB: XX-XX-1954
HT: 5'2" WT: 130 lbs



DATE  October 11, 2006

YOU ARE AUTHORIZED TO TRAVEL TO     Ansan, Korea

LEAVING     October 15, 2006     AND RETURNING     November 16, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**FILED**
DISTRICT COURT OF GUAM
OCT 12 2006
MARY L.M. MORAN
CLERK OF COURT

PURPOSE OF THIS TRIP:

Oversee construction of mother's crypt.

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Ansan, Korea;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

*signature*
JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME _____
ADDRESS _____

[XX] APPROVED     [ ] DISAPPROVED

*signature*
JOHN C. COUGHENOUR
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
District of Guam

*JOHN C. COURHENOUR, Designated Judge.
DATE:  October 12, 2006

**RECEIVED**
OCT 12 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM