

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM

    I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **July 28, 2005**, as instrument number **711614**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant: Karen Chae     Residence: Tamuning, GU 96911
    SSN: XXX-XX-7826
    DOB: XX-XX-1954     Mailing Address: Barrigada, GU 96921

Court Imposing Judgment:    U.S. District Court of Guam

Court Number:    CR 03-00059

Amount of Judgment:    $4,000.00 and $100.00 Special Assessment Fee

Place of filing:    Guam

    WITNESS my hand at Hagåtña, Guam, on this, the 13th day of October, 2006.

MARIVIC P. DAVID
Assistant U.S. Attorney

ORIGINAL