

FILED
DISTRICT COURT OF GUAM
DEC -1 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KAREN CHAE, ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 03-00059-001 <br><br> **REQUEST TO TRAVEL** |

      On July 7, 2005, Karen Chae was sentenced in the District Court of Guam for Conspiracy to Traffic in Counterfeit Merchandise, in violation of 18 U.S.C. §§2, 371, and 2320. She was sentenced to four months imprisonment followed by a three year supervised release term. While in prison.

      On December 6, 2005, Ms. Chae commenced her term of supervised release. Her supervised release conditions include: serve four months of home detention, subject to electronic monitoring to include the standard condition of home detention set forth by the U.S. Probation Office and shall pay for the cost of home confinement as ordered by the Court; comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter as determined by the Court; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the Probation Officer; refrain from the excessive use of alcoholic beverages and shall submit to alcohol testing as directed by the U.S. Probation Officer to ensure her compliance with the condition; obtain and maintain gainful employment; pay a $100 special assessment fee; and pay a $4,000 fine.

      On August 8, 2006, Ms. Chae's mother passed away on Guam and Ms. Chae was allowed to escort her mother's body to Korea to be interred there. On October 15, 2006, she was granted permission to return to Ansan, Korea to oversee the construction of her mother's crypt. She returned on November 16, 2006 without incidence. Ms. Chae is requesting permission to return to Korea to oversee the sale of her mother's real property (land). She plans to leave on December 8, 2006 and will return on January 6, 2007.

ORIGINAL

Request to Travel
Re: CHAE, Karen
USDC Cr. Cs. No. 03-00059-001
November 30, 2006
Page 2

     Ms. Chae has satisfactorily adjusted to her supervised release conditions. She completed the four months of home detention without incident on April 8, 2006, and paid her $100 special assessment fee on December 9, 2005. On October 6, 2006, Ms. Chae paid her $4,000 fine in full. In addition, she submits monthly supervision reports in a timely manner, is self-employed, and submitted to DNA collection on March 7, 2006. This Officer supports her travel request and seeks Court approval.

                                        Respectfully Submitted,

                                        FRANK MICHAEL CRUZ
                                      Chief U. S. Probation Officer

                By: _____
                                      JUDY ANNE L. OCAMPO
                                      U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File