| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Karen Chae
USDC Cr. Cs. No. 03-00059-001
SS# XXX-XX-7826
DOB: XX-XX-1954
HT: 5'2" WT: 130 lbs



DATE November 30, 2006

YOU ARE AUTHORIZED TO TRAVEL TO _____ Seoul, Korea _____

LEAVING _____ December 8, 2006 _____ AND RETURNING _____ January 6, 2007 _____

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**FILED**
DISTRICT COURT OF GUAM
DEC -6 2006
MARY L.M. MORAN
CLERK OF COURT

PURPOSE OF THIS TRIP:

**Oversee sale of mother's real property (land).**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Seoul, Korea;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_Judy Anne L. Ocampo_
JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME _____
ADDRESS _____

☑ APPROVED ☐ DISAPPROVED

**RECEIVED**
DEC - 4 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. FRANCES TYDINGCO-GATEWOOD
Chief Judge
District of Guam

DATE: 12/5/06