# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 03-00059-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| KAREN CHAE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      On July 7, 2005, Karen Chae was sentenced in the District Court of Guam for Conspiracy to Traffic in Counterfeit Merchandise, in violation of 18 U.S.C. §§2, 371, and 2320. She was sentenced to four months imprisonment followed by a three year supervised release term.

      On December 6, 2005, Ms. Chae commenced her term of supervised release. Her supervised release conditions include: serve four months of home detention, subject to electronic monitoring to include the standard condition of home detention set forth by the U.S. Probation Office and shall pay for the cost of home confinement as ordered by the Court; comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter as determined by the Court; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the Probation Officer; refrain from the excessive use of alcoholic beverages and shall submit to alcohol testing as directed by the U.S. Probation Officer to ensure her compliance with the condition; obtain and maintain gainful employment; pay a $100 special assessment fee; and pay a $4,000 fine.

      On June 1, 2007, Ms. Chae submitted a request to travel to An San, Republic of South Korea, to visit her mother's grave site and family members. Her mother died on August 8, 2006. She plans on leaving on June 25, 2007 and is expected to return on July 26, 2007.

Request to Travel
Re: CHAE, Karen
USDC Cr. Cs. No. 03-00059-001
June 19, 2007
Page 2

  Ms. Chae has satisfied all her supervised release conditions. She completed the four months of home detention without incident on April 8, 2006, and paid her $100 special assessment fee on December 9, 2005. On October 6, 2006, Ms. Chae paid her $4,000 fine in full, and submitted to DNA collection on March 7, 2006. In addition, she submits monthly supervision reports in a timely manner, and is self-employed. This Officer supports her travel request and seeks Court approval.

            Respectfully submitted,

            FRANK MICHAEL CRUZ
            Chief U.S. Probation Officer

        By:    /s/ JUDY ANNE L. OCAMPO
            U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:  File

| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



**Karen Chae**
**USDC Cr. Cs. No. 03-00059-001**
**SS# XXX-XX-7826**
**DOB: XX-XX-1954**
**HT: 5'2" WT: 130 lbs**

DATE  **June 19, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO        **An San, Republic of South Korea**

LEAVING    **June 25, 2007**    AND RETURNING    **July 26, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit mother's grave site and family members.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in An San, Republic of South Korea;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodation/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO

UNITED STATES PROBATION OFFICER

NAME _____    ☐ APPROVED    ☐ DISAPPROVED
ADDRESS _____