| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Karen Chae**
USDC Cr. Cs. No. 03-00059-001
SS# XXX-XX-7826
DOB: XX-XX-1954
HT: 5'2" WT: 130 lbs



DATE  **June 19, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO     **An San, Republic of South Korea**

LEAVING     **June 25, 2007**     AND RETURNING     **July 26, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit mother's grave site and family members.**

SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in An San, Republic of South Korea;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodation/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME
ADDRESS

[X] APPROVED     [ ] DISAPPROVED

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jun 21, 2007

Case 1:03-cr-00059     Document 101     Filed 06/21/2007     Page 1 of 1