| PROB 35 (3/07) | **Report and Order Terminating Supervised Release<br>Prior to Original Expiration Date** |
|---|---|

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

       v.       CRIMINAL CASE NO.   03-00059-001

    KAREN CHAE

    On December 6, 2005, Karen Chae was placed on supervised release for three years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Karen Chae be discharged from supervised release.

    Respectfully submitted,

    ROSSANNA VILLAGOMEZ-AGUON
    Acting Chief U.S. Probation Officer



    /s/ JUDY ANNE L. OCAMPO
    U.S. Probation Officer

Reviewed by:



/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:  AUSA
      Defense Counsel
      File

### ORDER OF COURT

    Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00059-001 |
| ) | |
| Plaintiff, ) | |
| ) | **SPECIAL REPORT** |
| vs. ) | |
| ) | |
| KAREN CHAE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Re:  Request for Early Termination from Supervised Release**

On July 7, 2005, Karen Chae was sentenced in the District Court of Guam by Designated Judge Robert M. Takasugi for Conspiracy to Traffic in Counterfeit Merchandise, in violation of 18 U.S.C. §§2, 371, and 2320.  She was sentenced to four months imprisonment, to be followed by a three year supervised release term. While in prison, Ms. Chae was to participate in a financial management program and vocational programs as approved by the Bureau of Prisons.

On December 6, 2005, Ms. Chae commenced her term of supervised release.  Her supervised release conditions include: serve four months of home detention, subject to electronic monitoring to include the standard condition of home detention set forth by the U.S. Probation Office and shall pay for the cost of home confinement as ordered by the Court; comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter as determined by the Court; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the Probation Officer; refrain from the excessive use of alcoholic beverages and shall submit to alcohol testing as directed by the U.S. Probation Officer to ensure her compliance with the condition; obtain and maintain gainful employment; pay a $100 special assessment fee; and pay a $4,000 fine.

Ms. Chae has satisfied all of her court-ordered conditions.  She completed the four months of home detention on May 9, 2006, paid her $100 special assessment fee and $4,000 fine on December 9, 2005 and October 6, 2006, respectively. In addition, Ms. Chae submits her monthly supervision reports in a timely manner, is self-employed as a taxi driver,  and submitted to DNA collection on March 7, 2006. Ms. Chae has maintained compliance, a positive attitude, and appeared to have made sound decisions in her personal life.

SPECIAL REPORT
Request for Early Termination from Supervised Release
Re: CHAE, Karen
Criminal Case No. 03-00059-001
August 8, 2007
Page 2


Ms. Chae is requesting for early termination as she will be getting married in Korea in October 2007 and intends to remain there indefinitely. Her term will expire on December 5, 2008.

In light of the above information, this Officer respectfully requests early termination by the Court, pursuant to 18 U.S.C. §3563(c), as such action is warranted by Ms. Chae's full compliance with her conditions of supervised release, and is in the interest of justice.

RESPECTFULLY submitted this 8th day of August 2007.

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
   Supervision Unit Leader

cc: AUSA
    Defense Counsel
    File