| PROB 35 (3/07) | **Report and Order Terminating Supervised Release**<br>**Prior to Original Expiration Date** |
|---|---|

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

      v.                               CRIMINAL CASE NO.    03-00059-001

KAREN CHAE

      On December 6, 2005, Karen Chae was placed on supervised release for three years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Karen Chae be discharged from supervised release.

                                                        Respectfully submitted,

                                                        ROSSANNA VILLAGOMEZ-AGUON
                                                        Acting Chief U.S. Probation Officer



                                                        /s/ JUDY ANNE L. OCAMPO
                                                        U.S. Probation Officer

Reviewed by:



/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:  AUSA
      Defense Counsel
      File

### ORDER OF COURT

      Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.



                                                        **/s/ Frances M. Tydingco-Gatewood**
                                                           **Chief Judge**
                                                         **Dated: Aug 10, 2007**